

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-11-2014

# USA v. Russell Fluker

Precedential or Non-Precedential: Non-Precedential

Docket 12-4373

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Russell Fluker" (2014). *2014 Decisions.* Paper 165.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/165

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 5, 2014

No. 12-4373

UNITED STATES OF AMERICA

v.

RUSSELL FLUKER,
                                        Appellant
(D.N.J. No. 2-11-cr-00447-002)


Present: MCKEE, Chief Judge, FUENTES and SLOVITER, Circuit Judges

  Motion by Appellee USA to Amend Not Precedential Opinion Issued
January 23, 2014.


                                  Respectfully,
                                    Clerk/pdb

_____ORDER_____
The foregoing Motion by Appellee USA to Amend Not Precedential Opinion has been
Granted. The opinion shall read "Fluker pled guilty to conspiracy to possess with intent
to distribute more than one kilogram of heroin, in violation of 21 U.S.C. §846."


                                    By the Court,

                                    s/ Dolores K. Sloviter
                                    Circuit Judge


Dated: February 11, 2014
pdb/cc: All Counsel of Record